**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DARRYL GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:18-cv-01678-JCH |
| | ) | |
| CITY OF ST. LOUIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO EXTEND ADR DEADLINE**
**AND TO DESIGNATE NEUTRAL**

The parties move to extend the deadline to file a Designation of Neutral and ADR Conference Report to December 19, 2022 and to complete Alternative Dispute Resolution to February 16, 2023.  In support of this motion, the parties state as follows:

1. On November 1, 2022, the Court entered an order referring this case to ADR.  *See* D.E. 76.

2. Pursuant to an amended Order (D.E. 79), the parties were to file their Designation of Neutral and ADR Conference Report on or before December 5, 2022.

3. Due to the press of other business, the parties need additional time to finalize the mediation date and to complete ADR.

4. Defendants have been apprised of this request and have consented to the motion.

WHEREFORE, for the reasons stated above, the parties respectfully request the Court to enter an order extending the deadline to designate a neutral to December 19, 2022, and to extend the deadline to complete Alternative Dispute Resolution to February 16, 2023.

Dated:  December 5, 2022

| | |
|---|---|
| Respectfully Submitted,<br><br>KHAZAELI WYRSCH LLC<br><br>/s/ Javad M. Khazaeli<br>Javad M. Khazaeli, 53735MO<br>James R. Wyrsch, 53197MO<br>911 Washington Avenue, Suite 211<br>St. Louis, MO 63101<br>(314) 288-0777<br>(314) 400-7701 (fax)<br>james.wyrsch@kwlawstl.com<br>javad.khazaeli@kwlawstl.com<br><br>*Attorneys for Plaintiff* | **SHEENA HAMILTON**<br>**CITY COUNSELOR**<br><br> /s/ Brandon Laird<br>Brandon Laird 65564 MO<br>lairdb@stlouis-mo.gov<br>Abby Duncan 67766 MO<br>duncana@stlouis-mo.gov<br>Assistant City Counselors<br><br>1200 Market St. City Hall, Rm 314<br>St. Louis, MO 63103<br>314-622-3361<br>Fax 314-622-4956<br><br>*Attorneys for Defendants* |

2