# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| DARRYL GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:18-CV-1678 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| CITY OF ST. LOUIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### Defendant City of St. Louis' Motion for Summary Judgment

Defendant City of St. Louis files this motion for summary judgment. The uncontroverted material facts demonstrate that judgment as a matter of law should be granted in favor of the City. Any claim for liability on a *Monell* theory should be dismissed because there was no underlying constitutional violation. There is also no evidence of a custom or practice, that is so ingrained as to have the force and effect of law that was the moving force behind any potential constitutional violation. The evidence is clear that there is no failure to train or discipline. Finally, the City is entitled to sovereign immunity on all state law claims.

WHEREFORE, the City of St. Louis respectfully requests that judgment as a matter of law be granted in its favor and that it be dismissed from this case.

Respectfully submitted,

SHEENA HAMILTON
CITY COUNSELOR

*/s/ Brandon Laird*
Brandon Laird  65564 MO
Associate City Counselor
lairdb@stlouis-mo.gov
Abby Duncan 67766 MO
Associate City Counselor
duncana@stlouis-mo.gov
Adriano Martinez 69214
Assistant City Counselor
martineza@stlouis-mo.gov
1200 Market St.
City Hall, Rm 314
St. Louis, MO 63103
314-622-3361
Fax 314-622-4956