UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DARRYL GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:18-CV-1678-SEP |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD VAUGHAN and | ) | |
| LARRY WENTZEL, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff notifies the Court that the parties have reached a settlement.

Wherefore, Plaintiff respectfully requests the Court pass this matter for 45 days to finalize the settlement.

Dated: June 17, 2025                **KHAZAELI WYRSCH, LLC**

/s/ John M. Waldron
John M. Waldron, 70401MO
James R. Wyrsch, 53197MO
Javad M. Khazaeli, 53735MO
911 Washington Avenue, Suite 211
St. Louis, Missouri 63101
(314) 288-0777
(314) 400-7701 (Fax)
jack.waldron@kwlawstl.com
james.wyrsch@kwlawstl.com
javad.khazaeli@kwlawstl.com